```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**LEWIS J. WASHINGTON,**

      **Plaintiff,**

  vs.                              **Civil Action 2:08-CV-279**
                                      **Judge Marbley**
                                      **Magistrate Judge King**

**JOHN F. BENDER,** *et al.,*

      **Defendants.**


## ORDER

Plaintiff had until August 21, 2008, to pay the full filing fee in this action.  Order, Doc. No. 10.  He has not done so.

This action is hereby **DISMISSED** for failure to prosecute.

The Clerk shall enter **FINAL JUDGMENT.**


                                                  *s/Algenon L. Marbley*
                                                    Algenon L. Marbley
                                            United States District Judge