**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

**LEWIS J. WASHINGTON,**

    **Plaintiff,**

  **vs.**　　　　　　　　　　　　　　　　Civil Action 2:08-CV-279
　　　　　　　　　　　　　　　　　　　　Judge Marbley
　　　　　　　　　　　　　　　　　　　　Magistrate Judge King

**JOHN F. BENDER,** *et al.,*

    **Defendants.**


[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the September 2, 2008 Order, this action is hereby DISMISSED for failure to prosecute.


Date:  **September 2, 2008**　　　　　　　　　　　**James Bonini, Clerk**

　　　　　　　　　　　　　　　　　　　　_s/Betty L. Clark_
　　　　　　　　　　　　　　　　　　　　Betty L. Clark/Deputy Clerk